O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAJAN PAUL G.,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 5:21-cv-00831-JGB-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 26). Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections (Dkt. 31) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Defendant's motion for judgment on the pleadings (Dkt. 17) is GRANTED; (2) Plaintiff's cross-motion (Dkt. 14) is DENIED; and (3) judgment shall be entered affirming the decision of the Commissioner.

DATED: January 10, 2023

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE