JS-6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAJAN PAUL G., | Case No. 5:21-cv-00831-JGB-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

　　IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of the U.S. Magistrate Judge, the decision of the Commissioner of the Social Security Administration is affirmed.  Judgment is hereby entered against Plaintiff and in favor of the Commissioner.

DATED:  January 10, 2023

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE